■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EMANUAL DEMERY, Appellant. [693 NYS2d 451] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Roman, J.), rendered December 18, 1996, convicting

him of sexual abuse in the first degree and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the jury, which saw and heard the witnesses (*see, People v Gaimari,* 176 NY 84, 94). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record (*see, People v Garafolo,* 44 AD2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]; *People v Pilich,* 128 AD2d 903). Mangano, P. J., O'Brien, Sullivan and Goldstein, JJ., concur.